UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

MARK PITTMAN

VERSUS                                                            CIVIL ACTION

PROMISE HOSPITAL OF BATON
ROUGE, INC.                                                       NO: 06-879-JJB

## RULING ON MOTION FOR SUMMARY JUDGMENT

This matter is before the Court on a motion for summary judgment filed by the defendant, Promise Hospital of Baton Rouge, Inc. ("Promise") (doc. 13). The plaintiff, Mark Pittman, has not filed any opposition.[1] There is no need for oral argument. Jurisdiction is based on 28 U.S.C. § 1331.

Promise claims it is entitled to judgment as a matter of law because there is no genuine issue of material fact. Pittman has sued Promise alleging retaliation under Louisiana Revised Statute 23:1361 for asserting a worker's compensation claim. Plaintiff also claims that he was deprived of COBRA benefits and that his unemployment benefits were delayed. The summary judgment evidence shows that plaintiff cannot meet his burden of proof on any of his claims.

Accordingly, defendant's Motion for Summary Judgment (doc. 13) is hereby **GRANTED**. The defendant is entitled to judgment as a matter of law and the plaintiff's claims are **DISMISSED** in their entirety.

---

[1] Plaintiff's counsel has notified this Court that he does not oppose defendant's Motion for Summary Judgment. The notice is attached to this ruling.

1

Baton Rouge, Louisiana, November 13, 2007.

```
                              _____
                              JAMES J. BRADY, JUDGE
                              MIDDLE DISTRICT OF LOUISIANA
```

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MARK PITTMAN | : | NUMBER: __06-879-JJB-SCR__ |
| VERSUS | : | JUDGE: _____ |
| PROMISE HOSPITAL OF BATON ROUGE, INC. | : | MAGISTRATE JUDGE: STEPHEN C. RIEDLINGER |

### NOTICE OF NO OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

NOW INTO COURT, through undersigned counsel comes plaintiff, Mark Pittman, who with respect hereby notifies the Court that he does not oppose defendant's Motion for Summary Judgment.

Respectfully Submitted:

**Law Offices of Spencer H. Calahan, L.L.C.**

By: __/s/ Spencer H. Calahan__
SPENCER H. CALAHAN
Bar Roll No. 27192
827 St. Louis Street
Baton Rouge, Louisiana 70802
Telephone: (225) 387-2323
Facsimile: (225) 387-2324

### CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been electronically filed and served on all counsel of record through the Court's electronic notification system, on this 25th day of September, 2007.

__/s/ Spencer H. Calahan__
Spencer H. Calahan